IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT J. BUSTILLOS,** | CIV S-06-2565 GEB EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **SALINAS VALLEY STATE PRISON,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 13, 2007, in which to file a response to the petition for writ of habeas corpus.

Dated:  June 28, 2007.

_/ signature /_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE