IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BUSTILLOS

    Petitioner,                   No. CIV S-06-2565 GEB EFB P

    vs.

SALINAS VALLEY STATE PRISON,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 11, 2007, respondent filed a request for an extension of time within which to file a responsive pleading.

    Good cause appearing, it is ORDERED that respondent's request for an extension of time to and including August 13, 2007, is granted.

Dated: July 30, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE